■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE L. WALKER, Appellant. [713 NYS2d 590] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Defendant failed to preserve for our review his contention that County Court erred in instructing the jury on the defense of justification (*see,* CPL 470.05 [2]; *People v West,* 245 AD2d 1087, *lv denied* 92 NY2d 863). In any event, the court's justification charge was proper (*see, People v West, supra*).

The verdict finding defendant guilty of assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]) is not contrary to the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). However, defendant could not have committed assault in the first degree without also committing assault in the second degree (*see,* CPL 300.30 [4]; *People v Seaman,* 238 AD2d 449, 450, *lv denied* 90 NY2d 863; *see generally, People v Grier,* 37 NY2d 847). Thus, we modify the judgment by reversing the conviction of assault in the second degree, vacating the sentence imposed thereon and dismissing count three of the indictment (*see, People v Seaman, supra,* at 450).

There is no merit to defendant's remaining contentions. Defendant received effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137, 147). The court did not err in permitting the prosecutor's use of limited leading questions. The court also properly sentenced defendant as a persistent felony offender and the sentence is neither unduly harsh nor severe.

The contentions of defendant in his *pro se* supplemental brief that ineffective assistance of counsel and prosecutorial misconduct deprived him of a fair trial are based on matters outside the record. Defendant's remedy with respect to those contentions is a motion for postjudgment relief (*see,* CPL 440.10 [1] [f]). The remaining contentions raised in defendant's *pro se* supplemental brief have not been preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Erie County Court, DiTullio, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.